# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLE M. GOURNEAU,<br><br>Defendant. | No. 2:15-CR-144-SMJ-15<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY |

Before the Court is the Defendant's Motion to Modify Order Setting Conditions of Release. ECF No. 173. Defendant seeks permission to travel to Lewiston, Idaho, on January 30, 2016, for a funeral service. Neither the United States nor the U.S. Probation Office object to Defendant's request. Accordingly,

**IT IS ORDERED** the Defendant's Motion to Modify Order Setting Conditions of Release, **ECF No. 173**, is **GRANTED**. Defendant shall be allowed to travel to Lewiston, Idaho, on January 30, 2016, to attend a funeral, and shall return to the Eastern District of Washington no later than 7:00 p.m. on January 30, 2016.

DATED January 25, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1