FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLE M. GOURNEAU,<br><br>Defendant. | No.   2:15-CR-0144-SMJ-15<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE** |

Before the Court, without oral argument, is Defendant Nichole M. Gourneau Motion to Modify Order Setting Conditions of Release, ECF No. 511. Defendant Gourneau and her children are active members of the Kalispel Tribe. The tribe often holds pow-wows, canoe trips, and other tribal events in Idaho, and outside of Eastern Washington. Defendant Gourneau requests that the Court amend her release conditions, to allow Defendant to travel outside of the Eastern District of Washington for all tribal events, at the discretion of the United States Probation. U.S. Probation officer, Eric Carlson has no objection to this request. USAO's, Allyson Edwards has no objection to this request. Having reviewed the pleadings and the file in this matter, the Court is fully informed and **GRANTS** the motion.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant Nichole M. Gourneau Motion to Modify Order Setting Conditions of Release, **ECF No. 511**, is **GRANTED.**

2. Defendant shall remain released on the conditions of release set forth in this Court's Order filed January 13, 2016, ECF No. 106 and additional conditions of release filed January 20, 2016, ECF No. 159.

3. In addition, defendant shall be allowed to attend tribal events outside of the Eastern District of Washington, at the discretion of United States Probation.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of August 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge