✎ PS 8
(3/15)

Case 2:15-cr-00144-SMJ   Document 623   Filed 09/26/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Gourneau, Nichole M. | Docket No. | 2:15CR00144-SMJ-15 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nichole M Gourneau, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge, John T. Rodgers, sitting in the Court at Spokane, Washington, on the 20th day of January 2016 under the following conditions:

**Special Condition:** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant has been terminated from treatment services due to a threat made towards an employee.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   September 26, 2016

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

September 26, 2016

Date