FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2017

SEAN F. McAVOY, CLERK

PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **Nichole M. Gourneau** | ) | **Case No. 2:15CR00144-SMJ-15** |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Nichole M. Gourneau, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall participate in a mental health evaluation and attend any recommended treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2\3\17   _Erik Carlson_   2-3.17
Signature of Defendant        Date    Pretrial Services/Probation Officer   Date

Nichole M. Gourneau                   Erik Carlson
_____               _____


I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        2/3/17
Signature of Defense Counsel        Date

Frank Cikutovich
_____


[X]    The above modification of conditions of release is ordered, to be effective on __2/7/17__ .

[ ]    The above modification of conditions of release is **not** ordered.

_____        2/7/17
Signature of Judicial Officer        Date