# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gourneau, Nichole M. | Docket No. | 2:15CR00144-SMJ-15 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nichole M. Gourneau, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 13th day of January 2016, and again on the 20th day of January 2016, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless or whether Defendant has been authorized medical marijuana under state law.

**Special Condition #27:** Prohibited Substance Testing: If random urinalysis testing acceptable to Pretrial Services is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance testing or screening.  Defendant shall refrain from obstructing or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant tested positive for the presence of hydromorphone and morphine on March 14, 2017.

**Violation #2:** The defendant failed to report for random drug testing on March 13, 2017; April 13, 2017; April 25, 2017; and April 26, 2017.

## PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    May 12, 2017

by        s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[   ]     No Action
[   ]     The Issuance of a Warrant
[ x ]     The Issuance of a Summons
[   ]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[   ]     Defendant to appear before the Judge assigned to the case.
[   ]     Defendant to appear before the Magistrate Judge.
[   ]     Other

_____

Signature of Judicial Officer

   May 15, 2017
_____

Date